The People of the State of New York v. Michael Lougaroff. Bennie Friedberg. Charles W. Berry, Comptroller of the City of New York.—

Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.